|                                   | *   | IN THE              |
| --------------------------------- | --- | ------------------- |
| ATTORNEY GRIEVANCE                 | *   | SUPREME COURT       |
| COMMISSION OF MARYLAND             |     |                     |
|                                   | *   | OF MARYLAND         |
| v.                                |     |                     |
|                                   | *   | AG No. 10           |
| FRANCIS H. KOH                     |     |                     |
|                                   | *   | September Term, 2024 |

O R D E R

Upon consideration of the "Joint Petition for Reciprocal Discipline by Consent[,]" filed by the Attorney Grievance Commission and Respondent, Francis H. Koh, in the above-captioned case on August 23, 2024, pursuant to Maryland Rule 19-736, in which the parties advise that the sanctionable conduct at issue did not occur in Maryland and attach a certified copy of an order of the Virginia State Bar Disciplinary Board dated May 17, 2024, whereby the Board suspended Respondent on a reciprocal basis for a period of six months, effective May 17, 2024 in the matter of In the Matter of Francis Huisuk Koh, VSB Docket No. 24-000-131601, and the parties jointly request pursuant to Maryland Rule 19-737 that Respondent be suspended from the practice of law in the State of Maryland for a period of six months, *nunc pro tunc,* beginning on May 17, 2024, it is this 27th day of August 2024, by the Supreme Court of Maryland,

ORDERED that the "Joint Petition for Reciprocal Discipline by Consent" is GRANTED, and Respondent, Francis H. Koh, is suspended from the practice of law in the State of Maryland for a period of six months, *nunc pro tunc,* beginning on May 17, 2024; and it is further

ORDERED that the Clerk of this Court shall remove the name of Francis H. Koh from the register of attorneys in the Court and send notice of this order to the trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk